IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VELASQUEZ,<br><br>            Petitioner,<br><br>     v.<br><br>MICHAEL BENOV,<br><br>            Respondent.<br>_____/ | 1:10-cv-01593-AWI MJS (HC)<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL DIRECTING THE CLERK OF COURT TO SERVE ORDER ON THE COURT OF APPEALS<br><br>(Doc. 28) |

Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 26, 2012, judgment was entered dismissing the petition for writ of habeas corpus. On May 8, 2012, Petitioner filed an application to proceed in forma pauperis on appeal. Examination of Petitioner's application to proceed in forma pauperis reveals that Petitioner is unable to afford the costs of an appeal. Accordingly, the application to proceed in forma pauperis on appeal is GRANTED. See 28 U.S.C. § 1915. **The Clerk is directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit.** IT IS SO ORDERED.

Dated:   May 10, 2012                        /s/ *Michael J. Seng*
                                                            UNITED STATES MAGISTRATE JUDGE